DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRELL A. DERONVILLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-3067

[May 16, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Handel Weiss, Judge; L.T. Case No. 50-2013-CF-011618-AXXX-MB.

Tyrell A. Deronville, Punta Gorda, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***